8/31/2015 11:09 AM SR

**THE STATE OF TEXAS**                    {}    **IN THE SIXTH DISTRICT COURT**

**VS.        CAUSE NO. 25003**            {}    **OF**

**ANGELA BETH VILLINES**                  {}    **LAMAR COUNTY, TEXAS**

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
9/11/2015 2:30:17 PM
DEBBIE AUTREY
Clerk

## NOTICE OF APPEAL

O THE HONORABLE JUDGE OF SAID COURT:

Now comes Angela Beth Villines, Defendant in the above styled and numbered cause and gives this written

notice of appeal of the Judgment of Conviction and Sentence herein rendered in this case.

Signed on this the 28th day of August, 2015.

_____
Attorney for the Defendant
State Bar No. _____

_____
Defendant

2015 AUG 28 AM 10: 29

SHAWNTEL GOODEN
DISTRICT CLERK

BY____Suzanne____DEPUTY

FILED FOR RECORD
LAMAR COUNTY, TEXAS